1  ERIC GRANT
   United States Attorney
2  CODY S. CHAPPLE
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 5:25-po-00166-CDB
12 |         Plaintiff,               | [Citation #E2152363 CA/10]
13 | v.                               |
14 | MIRIAM SALAZAR,                  | MOTION AND [PROPOSED] ORDER FOR DISMISSAL
15 |         Defendant.               |
16

17

18      The United States of America, by and through Eric Grant, United States Attorney, and Cody S.

19 Chapple, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00166-CDB

20 [Citation #E2152363 CA/10] against MIRIAM SALAZAR, without prejudice, in the interest of justice,

21 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that the bench trial set for

22 September 2, 2025, be vacated.

23 DATED:  August 12, 2025            Respectfully submitted,

24                                    ERIC GRANT
                                      United States Attorney
25

                                By:   /s/ *Cody S. Chapple*
26                                    CODY S. CHAPPLE
                                      Assistant United States Attorney
27

28

                                                          U.S. v. Salazar
                                                          Case No. 5:25-po-00166-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00166-CDB [Citation #E2152363 CA/10] against MIRIAM SALAZAR be dismissed, without prejudice, in the interest of justice, and the bench trial set for September 2, 2025, be vacated.

IT IS SO ORDERED.

Dated:   **August 13, 2025**

UNITED STATES MAGISTRATE JUDGE